UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**RILEY SOULE**

v.  CIVIL ACTION NO. 20-11436-DJC

**NEW ENGLAND TREATMENT ACCESS, LLC**

### SETTLEMENT ORDER OF DISMISSAL

CASPER, D.J.

The Court having been advised by counsel for the parties that the above-entitled action has been settled;

IT IS HEREBY ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty(60) days, to reopen the action if settlement is not consummated.

December 10, 2021

/s/ Lisa M. Hourihan
--------------------------
Deputy Clerk